FILED
CLERK
7/29/2022 8:45 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X

For Online Publication Only

WILLIAM KING,

        Plaintiff,

-against-

**ORDER**
19-cv-4948 (JMA)(AYS)

NORTHWELL HEALTH, INC., d/b/a
HUNTINGTON HOSPITAL,

        Defendant.
───────────────────────────────X

**AZRACK, United States District Judge:**

Plaintiff's suit alleges claims under the Americans with Disabilities Act ("ADA") and the New York State Human Rights Law ("NYSHRL"). Defendants have moved to dismiss Plaintiff's Third Amended Complaint. The Court DENIES Defendants' motion to dismiss. While Plaintiff has alleged plausible claims that survive a motion to dismiss, the Court is skeptical that Plaintiff will, ultimately, be able to withstand summary judgment. Cf. Punt v. Kelly Servs., 862 F.3d 1040, 1051 (10th Cir. 2017) (affirming grant of summary judgment against temporary employee who sought leave). Discovery is respectfully referred to Magistrate Judge Shields.

**SO ORDERED.**

Dated: July 29, 2022
Central Islip, New York

                                              /s/ (JMA)
                                       JOAN M. AZRACK
                                       UNITED STATES DISTRICT JUDGE